THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
HARRY MOORE, PLAINTIFF IN ERROR.

Submitted May term, 1927—Decided November 15, 1927.

On writ of error.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and LLOYD.

For the plaintiff in error, *R. Ten Broeck Stout.*

For the defendant in error, *James Mercer Davis.*

PER CURIAM.

The writ of error in this case brings nothing before us for review. The state of the case discloses no judgment in the court below. It is only from final judgment that a writ of error will lie to the Court of Quarter Sessions. *State* v. *Kelsey,* 82 *N. J. L.* 542.

The writ will therefore be dismissed.